IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

CHRISTOPHER LONDON
601 EAST MACPHAIL RD.
BEL-AIR, MARYLAND
21014 (#483380)
04/23/1965

*(Full name, date of birth, identification #, address of petitioner)*
**Plaintiff,**

v.

HARFORD County
Detention Center
P.O. Box 1245 Bel-Air,
MD. 21014 (Medical Staff*)

*(Full name and address of respondent)*
**Defendant(s).**

FILED ___ ENTERED
LOGGED ___ RECEIVED

NOV 02 2021

AT BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND

BY _____ DEPUTY

Case No.: _____
*(Leave blank. To be filled in by Court.)*

## COMPLAINT

I. Previous Lawsuits

   A. Have you filed other cases in state or federal court dealing with the same facts as in this case or against the same defendants?

   YES ☐   NO ☒

   B. If you answered YES, describe that case(s) in the spaces below.

      1. Parties to the other case(s):

         Plaintiff: ~~Christopher London~~

         Defendant(s): ~~Harford County Detention Center~~

      2. Court (if a federal court name the district; if a state court name the city or county):

         Bel-Air, ~~Maryland 21014~~
         Harford County

3. Case No.: _____

4. Date filed: _____

5. Name of judge that handled the case: _____

6. Disposition (won, dismissed, still pending, on appeal): _____

7. Date of Disposition: _____

II. Administrative Proceedings

A. If you are a prisoner, did you file a grievance as required by the prison's administrative remedy procedures?

YES ☐   NO ☑

1. If you answered YES:

    a. What was the result? _____

    b. Did you appeal? _____

    YES ☐   NO ☑

2. If you answered NO to either of the questions above, explain why: I WAS trying to find A LAWYER to Handle my CASE

III. Statement of Claim
(Briefly state the facts of your case. Include dates, times, and places. Describe what each defendant did or how he/she is involved. If you are making a number of related claims, number and explain each claim in a separate paragraph.)

ON DEC, 28th 2020 TWO PEOPLE ON C-Block TESTED Positive For Covid-19, THEY MOVED THEM off C-Block And Left 12 Inmates ON C-Block. But Did not TEST us for 2 WEEKs AND on JAN, 14th 2021 the Remaining 12 Inmates Including myself

## IV. Relief
(State briefly what you want the Court to do for you.)

Tested Positive For, Putting my life At Risk. Medical Dept. Did not follow Proper protocol, They could Have caused me my Life, I need to be Compensated for there Negligents.

SIGNED THIS 25TH day of October, 2021.

_Christopher London_
Signature of Plaintiff

CHRISTOPHER London
Printed Name

601 East McPhail Rd
Bel Air, Maryland 21014
Address

(410) 615-7910
Telephone Number

_____
Email Address